IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONI LYNN CAMAC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-21-SLR/LPS |
| MICHAEL J. ASTRUE, | ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 26th day of **February, 2008.**

IT IS ORDERED that a teleconference has been scheduled for **March 12, 2008 at 3:00 p.m.** with Magistrate Judge Stark to discuss the status of this action, including whether the parties unanimously consent to the jurisdiction of a magistrate judge. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE