IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Toni Lynn Camac,                        :
                                        :
                    Plaintiff,          :
                                        :
v.                                      :   Civ. No. 07-021-SLR
                                        :
Jo Anne Barnhart,                       :
                                        :
                    Defendant.          :

### ORDER

At Wilmington this **12th** day of **March, 2008,**

IT IS ORDERED that the teleconference scheduled for **March 12th, 2008** beginning at **3:00 p.m.** is hereby CANCELED.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE